AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

FILED
2022 MAY 27 PM 1:46
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

Shaundelle Dial
_____
Petitioner

v.

R.L. Cheatham, Warden
_____
Respondent
(name of warden or authorized person having custody of petitioner)

Case No. 5:22-CV-252 SPC PRL
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: Shaundelle Dondra Dial
   (b) Other names you have used: Shaundelle Gordon

2. Place of confinement:
   (a) Name of institution: FCC USP Coleman 2
   (b) Address: P.O. Box 1034 Coleman, FL 33521

   (c) Your identification number: #57271-060

3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: United States District Northeast Ohio, Youngstown, Ohio Judge Benita Y. Pearson
   (b) Docket number of criminal case: 1:11-CR-00340-BYP
   (c) Date of sentencing: January 15, 2013 Resentencing May 5, 2016
   ☐ Being held on an immigration charge
   ☐ Other (explain):
   _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits) Conditions of confinement

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

❏ Pretrial detention
❏ Immigration detention
❏ Detainer
❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☑ Disciplinary proceedings
❏ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: N/A
   (b) Docket number, case number, or opinion number: N/A
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: N/A
   (d) Date of the decision or action: N/A

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes    ☑ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Federal Bureau of Prisons USP Coleman 2 grievance
       (2) Date of filing: don't have all the information in cell
       (3) Docket number, case number, or opinion number: 9 of them see statement
       (4) Result: Denied are Information purposes
       (5) Date of result: N/A
       (6) Issues raised: Chapel, Medical, Psych, Disciplinary proceedings Shu confinement, Prea Allegations. Etc

   (b) If you answered "No," explain why you did not appeal: Because C.O. Luke took My Legal work, grievances of the Box on febraury 22, 2022 Tuesday in shu on 2-range when I was trying to have my unit team make copies of DHO reports and See Attachment

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☑ Yes    ❏ No

Page 3 of 9

Pg. 2 Continuation to question 7
When he did that My grievances got lost and When My Case Manager D. Murtha gave me Copies of these three DR to reports out my central file. My Counselor V. Taylor, Case Manager, Unit Manager D. Jones refuse to make Extention Memo's. I requested Extention Memo's with A.W. McIntosh and the Acting Warden and was denied. See grievances that Never got Submitted.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: federal Bureau of prisons USP Coleman 2 grievance
   (2) Date of filing: don't have all the information on all 9 of them see statement
   (3) Docket number, case number, or opinion number:
   (4) Result: Denied are information purposes
   (5) Date of result: N/A
   (6) Issues raised: Chapel, Medical, Psych, Disciplinary proceedings, Shu Confinement, phen Allegations. Ext-c

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes    ☒ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: federal Bureau of prisons USP Coleman 2 grievance
      (2) Date of filing:
      (3) Docket number, case number, or opinion number:
      (4) Result:
      (5) Date of result:
      (6) Issues raised:

   (b) If you answered "No," explain why you did not file a third appeal: never got acceptable responce from second appeal.

10. **Motion under 28 U.S.C. § 2255**
    In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ☐ Yes    ☒ No
    If "Yes," answer the following:
    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes    ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☑ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☑ No

If "Yes," provide:
(a) Date you were taken into immigration custody: No
(b) Date of the removal or reinstatement order: No
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: N/A
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☒ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Challenge DHO findings from #'s 3586970, 3586969, 3586966. I have a Exhibitionistic disorder in my PSI, sudism disorder, sexual trauma, P.T.S.D. I am being denied the first step Act (SSR) Sexual Self Regulation for inmates that engage in inappropriate sexual misconduct within the

(a) Supporting facts (Be brief. Do not cite cases or law.):
Challenging DHO findings #'s 3586970, 3586969, 3586966. C.O. Luke took off my box and gave it to A.W. McIntosh whom claimed he put it in my unit teams box is the reason that I was not able to exhaust my Administrative Remedies. My unit team refuses to provide me Extention memo's. A.W. McIntosh denied me also.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☑ No

**GROUND TWO:** Denial me to Exhaust Administrative Remedies and access to the court's for a non frivolous issues.

(a) Supporting facts (Be brief. Do not cite cases or law.):
My counselor V. Taylor refuses to bring BP-8's, BP-9's, BP-10's, BP-11's in a timely manner and often comes with no grievances and counselor forms when he/she's rounds. My unit manager D. Jones denies me Extention memo's, receipts, responses in a timely manner and my counselor V. Taylor does not

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☑ No

**GROUND THREE:** _____

(a) Supporting facts (Be brief. Do not cite cases or law.):

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

Pg-7    (Pg-2) continuation to ground one:

Institution, ~~[redacted]~~ Incident Reports- I have been found guilty of 104 205's Masturbating at female staff- 18 300 Indecent Exposures, 6 206 Sexual proposals- 128 Incident reports of incidents of sexual misconduct on female staff. Psychology continues to Lie and say that all these sexual sexual Acts is due to My Anti-social personality that I just want to violate the the rights of female staff is simply a lie This is not acknowledged by the American Psychological Association and the DSM-5 whom the Psychologists of the B.O.P. follows and ignores My Hypersexuality, strong urges recurrent to expose my self to Non consenting female staff and Lacking volitional control. The B.O.P. program statement 5324.10 February 15, 2013 Sex offender programs 4.10 Management of sexual misconduct Toward staff. Inmates with a history of sexual misconduct toward staff (e.g. exposure public Masturbation, sexual Assault) while incarcerated are not a target of SOMP. These inmates consistent application of the inmate discipline process All detected incidences of sexual misconduct toward staff are dealt with as violations of the inmate code conduct. Early correctional intervention will prevention will prevent many cases from progressing to repeated sexual misconduct. Progressive sanctions are applied to sexual ~~[redacted]~~ Misconduct toward staff. ~~[redacted]~~ Which is a lie. A violation of psychological care to not treat a inmate with this constant addictive out of control urges, fantasies. DHO Ms. H. White has a had a sexual relationship with the Shu Lec officer Luke and has kids with her and he was present at the DHO Hearing is why I refused hearing to attend hearing and he Acts as her secretary and he tells Inmate's what sanctions she is gone give inmate's and she does what he tells her to do is a conflict of interest. C-O. Luke on February 22, 2022 Tuesday in Shu C-O. Luke took My Legal work and grievances of and-

(Pg. 7)   Pg. 3

(Pg. 2) Continue from to bound one:
#358,6970, 3586969, 3586966 and #1105716, 1105724, 1105727 F-1's and said he gave it to A.W. McIntosh and A.W. McIntosh said he put it in my unit team's box and my Unit Manager D. Jones said it was nothing in his box and when my case manager D. Murtha gave me another copy of D to report's above mentioned and three of them and my unit team and executive staff denied me Extention memo's and the other 3 grievances F-1's I never got back.

Pg-7   (Pg-2) Continuation to Grand tho is responding to my BP-8'3 in a timely Manner. The BP-9'3 that I turned in on March 11, 2022 Friday while in the law library that I gave to counselor V. Taylor never got filed are processed. While in the Shu Law Library on February 14, 2022 Monday I was threatened by A.W. McIntosh, Captain Taylor, C.O. Rodreguiz While I was on Suicide watch, in front of several staff members. I turned in 5 BP-10'3 on March 31 Thursday in shu C-range cell-157 Shu to counselor V. Taylor #1102383-F1, 1105718-F1, 1105720-F1, 1099824-F1, 1101227-F1 My unit Manager D. Jones suposed to put stamps on them and send them out and none of these grievances made it to where it was suposed to go. He refuses to put the stamps on their legal letters and grievances in front of me because I am Indigent without money and owe 0 to fines Encumbrance account frozen and trust fund will not sell me any stamps. I turned in also # BP-10'3 1099820-F-1, 1099807, 109958-F-1 on April 22, 2022 Friday with no responce are receipt. Also # 1099280 on April 26, 2022 Tuesday with no reciepts and responces. This is 9 BP-10'3 that my unit Manager D. Jones was suposed to put stamps on and send to the region that he lied and had me sign for. Unit Manager D. Jones refuses to take my legal mail personaly and refuses to talk to me and threaten to cut me off and that I am to deal with counselor V. Taylor only. He has me sign for it on green form and stamp log. It's then A.W. Clemons reads my cop-out Requests and she say I am telling in front of Inmates and her staff in front of my unit Manager D. Jones says Jones he telling on you placing my life in danger and trying to discourage me and intimidate me from filing grievances. My counselor V. Taylor even threatened me to stop comming to my door. A.W. McIntosh says I have to many issue's when none of my issue's is getting addressed. I got two BP-8'3 I been waiting on a responce for since April 3, 2022. My issue's range from Psych, Medical, food service, trust fund, chapel, transfer issue's, shu, Executive Staff and Department heads, SIS, Education. My unit team refuses to do shu rounds Daily and see me and address my issue's. All Department heads refuses to do shu rounds Daily and address my issue's with-

Pg. 7

Pg. 3 Continuation to Ground the Chief Psych Steward, Hospital Administrator, Food Service Administrator, Trust fund Supervisor, SIA, SIS, Education, Captain, LMC, LSS, Unit Manager D. Jones, Human resources, Reentry coordinator, Administrative Remedy coordinator, Executive Assistant, A.W.'s McIntosh, Clemons, Warden R.C Cheatham has never done a SHU round and I have never seen him yet since I arrived hear on January 28, 2022. During the walkthrough on Tuesdays None of these staff members have addressed My issues are responded back to me in writting. They Rushes the walkthrough and does not check on the wellfare of the inmate's and just socialize with staff and when I talk to one person on the walkthrough everybody else walks pass My door and ignores Me most of the time except maybe A.W. McIntosh and keep walking disrespectful just during round to make it look good. I am not able to address My issue's weekly with each other of these departments. I am being supressed. All above staff members is showing Lack of Integrity, Lack of good ethical principals, Lack of proffessionalism. I am being denied my right to be treated with respect, denial rights to be unrestricted and confidential access to the courts by by correspond such as Legality of my convicting court Matters, Pending criminal cases, denying me access to Legal work and Property, extra time in the Law Library after showing imminent court Deadlines and four active cases. During the walkthrough staff is not holding staff to any proffessional organized standard Where issue's is to be addressed as the Acting Warden. I am being denied My 1st Admendment right to redress, freedom of speech, To be heard, To Exhaust My Administrative Remedies, Denial of access to court's on a non forvolous issue. I am being supressed, intimidated by both A.W.'s McIntosh, Clemons, Unit Manager D. Jones, Counselor V. Taylor, Ect.

My Unit Manager Jones dropped the green forms for me to sign that he was suposed to send letters out on May 3, 2022 Tuesday. and A.W. Clemons said I was telling on May 3, 2022 Tuesday.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes     ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: For ground one: for Incident reports and sanctions Dismissed, for a full forensic court opointed psych Evaluation, Cat scan of My brain, for treatment for My above Exhibitionstic, Sudsm, Sexual trauma to participate in (SSR) sexual self Regulation under the first step Act intense sexual treatment. If court agree with defendant that I did not Exhaust My administrative Remedies to have the defendant's to provide Me a Extention Memo's for Me to Exhaust My Administrative Remedies. That I am not fit for General Population and for defendant to stop hindering Me from Exhausting My Administrative Remedies. for ground two: for Defendant to provide Me with BP-8's, BP-9's, BP-10's, BP-11's upon request and as needed for someone for My unit team to do shu rounds daily, come see Me and address My Issue's daily. for unit team to provide Me Extention Memo's, reciept's, responses in a timely manner, for unit team to place stamps on My Mail in front of Me. for all Department heads, Executive staff to allow Me to address My Issue's once a week, check on My welfare and speek to Me and don't ignore Me and keep walking pass My door. To speek with SIA, have SIA Investigate this Matter and court Monitors to come to prison to Make sure the Defendant's follow the court's order until I am able to Exhaust My Administrative

Page 8 of 9

Pg. 8   Pg. 2 Continuation to Request for Relief
Remedies all of them that is pending from BP8, BP9, BP10, BP11 from the time the Court grants this Court Order. To not be retaliated by any staff member here.

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _____

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any